UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:05CV04597 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| RAQUEL M. JIMENEZ<br>            Plaintiff | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| PFIZER, INC., ET AL.<br>            Defendants | |

Comes now the Plaintiff, RAQUEL M. JIMENEZ, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: __10/22__, 2009        By: _____
                                                  Attorneys for Plaintiff,
                                                  Raquel M. Jimenez

DATED: __December 15__, 2009        By: _____
                                                  DLA PIPER LLP (US)
                                                  1251 Avenue of the Americas
                                                  New York, NY 10020
                                                  Telephone: (212) 335-4500
                                                  Facsimile: (212) 335-4501
                                                  *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __JAN - 4 2010__        _____
                                                  Hon. Charles R. Breyer
                                                  United States District Court